UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JO ANNE LOCKHART,<br><br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | No. 14-cv-03157-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND |

    BEFORE THE COURT is the parties' stipulated motion for remand. **ECF No. 15**. Randy Fair represents plaintiff. Special Assistant United States Attorney Nicole Jabaily represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After reviewing the motion and the file, the court **grants** the stipulated motion to **reverse** and **remand** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    IT IS FURTHER ORDERED that

    Upon remand, the ALJ will:

1. reevaluate the medical and non-medical source opinions of record;
2. further evaluate Plaintiff's mental impairments according to the special technique described at 20 C.F.R. §§ 404.1520a and 416.920a;
3. reassess Plaintiff's residual functional capacity and provide rationale for the assessed limitations;
4. reassess Plaintiff's credibility based on the updated assessment and
5. as needed, obtain supplemental vocational expert evidence at step five. If Plaintiff is found disabled, the ALJ will conduct further proceedings required to determine whether addiction to drugs and/or alcohol are

ORDER - 1

contributing factors material to the disability determination in accordance with 20 C.F.R. §§ 404.1535 and 416.953.

**IT IS ORDERED:**

1. The stipulated Motion for to Remand, **ECF No. 15,** pursuant to sentence four is **GRANTED**. The matter is reversed and remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

2. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file **CLOSED**.

DATED July 17, 2015.

*S/ James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2